UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STELLA PAK, M.D.,

Plaintiff,

Civil Action No.:
1:23-cv-00378-DNH-DJS

-against-

ALBANY MED HEALTH SYSTEM,

Defendant.
-----------------------------------------------------------------X

# DECLARATION OF DR. MARY DOHERTY

1. I am an autistic medical doctor and an autism researcher. For the past 20 years, I have worked as a Consultant Anesthetist. My current post is at Our Lady's Hospital, Navan, Co Meath, Ireland.

2. In 2019 I founded Autistic Doctors International ("ADI"), a peer support and advocacy group for autistic medical doctors with a current membership of over 800 individuals. ADI provides support and resources to autistic doctors, including autistic medical residents. This includes, but is not limited to, providing trainings to hospitals and residency programs on effectively working with autistic and neurodivergent doctors and residents. One of ADI's goals is to improve healthcare outcomes for the autistic community and challenge the stigma associated with autism and autistic doctors.

3. As part of my work for ADI, I have helped hospital administrators and residency program directors understand how to work effectively with autistic doctors, such as Dr. Pak. I provide trainings on unconscious bias and help create neurodiversity-affirmative departments

within medical communities. When I have offered to provide support and resources to residency programs in the past, those programs have accepted such offers.

4. Dr. Pak joined ADI in early May 2022. She told me that she had recently been terminated from Albany Med's Neurology Residency Program. Based on Dr. Pak's description of the events leading up to her termination, it was clear that Albany Med had failed to understand or deal effectively with Dr. Pak's autism, specifically by targeting her for her interpersonal skills and communication style rather than learning how to accommodate those characteristics of her autism. Once Dr. Pak told me that the termination had been reversed and she was returning to work, I believed that ADI could serve as a resource for Albany Med in learning how to work effectively with Dr. Pak.

5. On May 24, 2022, I contacted Albany Med President and CEO Dr. Dennis McKenna to offer support and resources to Albany Med. My email and letter to Dr. McKenna is attached to this declaration as **Exhibit A**. Dr. McKenna did not respond.

6. Having received no response from Dr. McKenna in May, in September 2022, I decided to reach out Albany Med Medical College Dean Dr. Alan Boulos to offer support for Dr. Pak. My email to Dr. Boulos is attached to this declaration as **Exhibit B**. Dr. Boulos did not respond.

7. A few weeks later, I learned that Dr. Pak had been terminated from the Neurology Residency Program again. On October 19, 2022, I emailed Dr. Panayiotis Varelas, the Chair of the Department of Neurology at Albany Med, to once again offer ADI's support and resources. Dr. Varelas responded on October 23, 2022, directing me to contact Albany Med's Graduate Medical Education Office or the Program Director. My email to Dr. Varelas and his response are attached as **Exhibit C**.

8. I was surprised that neither Dr. McKenna nor Dr. Boulos responded to my emails. Albany Med is the only residency program that has failed to accept my offer to provide support and resources to an autistic resident.

9. I was even more surprised to receive an email on November 22, 2022, from Dr Rebecca Stetzer, Associate Professor of Family and Community Medicine, Internal Medicine at Albany Med. Dr Stetzer also holds the position of Assistant Dean for Competency-Based Assessment at Albany Med and as such she is responsible for remediation of residents in difficulty. Dr Stetzer was requesting my assistance with remediation support for autistic residents, specifically two different residents but not Dr Pak. I had a videoconference with Dr Stetzer on December 8, 2022. I was astounded to discover that Dr Stetzer had been available to support Dr Pak but was prevented from doing so.

10. It is my opinion that if Dr Pak was given the benefit of a combination of direct support from Dr Stetzer and remote support from ADI, this would have provided the optimum conditions for Dr Pak to thrive in her residency.

11. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: Navan, Ireland
July 6, 2023

Dr MARY DOHERTY
MB BCh BAO FCARCSI

# EXHIBIT A

[redacted]

---

[redacted]

**From:** Dr Mary Doherty <mary.doherty@autisticdoctorsinternational.com>
**Subject: Re: Stella PAK MD**
**Date:** 24 May 2022 at 14:28:20 GMT+1
**To:** "mckenndp@amc.edu" <mckenndp@amc.edu>
**Cc:** Stella Pak <Stellacpak@outlook.com>

**Autistic Doctors International & Autistic Med Students**
Peer support and advocacy for autistic doctors and medical students

Dr Mary Doherty MB BCh FCARCSI

Founder ADI & AMS
Consultant Anaesthetist
Our Lady's Hospital
Navan, Ireland
GMC 7275019
IMC 018452

mary.doherty@autisticdoctorsinternational.com

May 24, 2022

By email to: mckenndp@amc.edu

Dr. Dennis McKenna, M.D.
Chief Executive Officer of Albany Medical Center
43 New Scotland Avenue
Albany, NY 12208

RE: Stella Pak, M.D.

Dear Dr McKenna,

I write to you in my capacity as founder of **Autistic Doctors International** (ADI) and **Autistic Med Students** (AMS) which are peer support and advocacy groups for autistic doctors and medical students, respectively. Both were founded in April 2019. ADI has a worldwide membership of over 500 autistic physicians, with 150 members in AMS. We are active in peer support, advocacy, research, and education. Links to some of our recent publications are attached below.

Dr Stella Pak has been a member of Autistic Doctors International since May 4, 2022. I note with concern that Dr Pak faces termination from her residency program for issues relating to interpersonal communication and professionalism amid what I understand to be an assumption that being autistic is incompatible with a medical career.

I am a successful consultant anaesthesiologist of almost 20 years, despite significant difficulties during my medical education and early career. Receiving a diagnosis of autism in 2013 was life changing, and ultimately led me to my current role providing support to autistic colleagues. While I have no formal training in autism diagnosis or support, I am recognised internationally as an expert in the area, having contributed to The Royal College of Psychiatrists' report on adult autism, CR 228 (2020) and co-authored chapters for 2 psychiatry textbooks currently in press. I am regularly invited to speak on the topic of Neurodiversity & Autism in Medicine, including presentations at the European Association

for Physician Health 2019, the International Conference on Physician Health 2021, the Wounded Healer conference 2022, Royal College of Anaesthetists Anaesthesia 2022 conference, along with educational presentations to various specialty bodies, medical schools, and NHS Trusts. I participate in the University College Dublin Alumni Mentoring Programme, where I provide mentorship to autistic medical students in University College, Dublin. I have active links with the Royal College of Psychiatrists, The British Medical Association, The General Medical Council and NHS Practitioner Health.

Awareness of autism in doctors is growing. While autism is a lifelong condition, and a recognized disability conferring protections under disability legislation, it in no way precludes independent practice in any branch of medicine. Most members of Autistic Doctors International (ADI) are successfully practising medicine. We have consultants/attendings in various specialties, and trainees/residents at all career stages. We also have members who are no longer practising, and those who have returned to practice after time away. With support, many of our members have overcome autism related difficulties and continued in or returned to successful practice, although some have needed to move to less than full-time training in order to prevent burnout.

There is growing body of evidence to support this position, in particular "Welcomed and valued: Supporting disabled learners in medical education and training" by The General Medical Council of the United Kingdom, the recently published framework by the UK Medical Schools Council "Active inclusion: Challenging exclusions in medical education" and "Disability in the medical profession: Survey findings 2020" by The British Medical Association. ADI publications on the topic are listed below. In particular I would like to draw your attention to "A full CIRCLE: inclusion of autistic doctors in the Royal College of Psychiatrists' values and Equality Action Plan" recently published in *The British Journal of Psychiatry* and the College response, which provides a framework for incorporating a neurodiversity-affirmative approach to autism and supporting autistic doctors.

I would respectfully ask that you reconsider your view that Dr Pak's difficulties with colleagues would constitute sufficient grounds to terminate her residency, as all would be understandable in the context of an unsupported autistic doctor.

I have personal experience of directly supporting autistic students and trainees/residents who were repeatedly in difficulty, prior to recognition of autism and/or the specific adjustments needed for successful practice. Like Dr Pak, they were often considered an outsider to the cohort resulting in social exclusion and bullying by peers. In such situations, it is common for all interactions to be viewed in a negative light, leading to disadvantageous assessments of any incident compared to the likely interpretation if a similar occurrence or utterance had been attributed to more popular colleagues.

If a lack of familiarity with autism in physicians is an area of concern, I would be happy to assist if permitted. Many of the skills required to thrive as an autistic doctor can be easily learned with specific and targeted tutoring. Much of the "hidden curriculum" which is intuitively learned by non-autistic colleagues may need to be actively taught, which may take time following recognition of the need for such input. Minimal adjustments to practice, coupled with social skills and communication training can make an enormous difference in a

short time, and the majority of our members supported in this way are now back on track rather than having been lost to the profession.

Diagnosis and disclosure of autism can be a positive life changing event, and with the correct support it is possible to learn the specific skills required to address any blind spots in practice. However, it does require time to process, a supportive environment and autism specific accommodations. Dr Pak has not yet had the benefit of any autism specific workplace accommodations or coaching, and therefore I would respectfully suggest it is premature to assume that recurrence of previous difficulties is inevitable. Continued skills acquisition and practice will facilitate her interaction with others. Autism training for colleagues will be beneficial as it appears that Dr Pak was significantly disadvantaged by the lack of familiarity with adult autism among her residency team.

Dr Pak's situation is familiar to ADI and it is hoped that as a leading medical establishment, Albany Medical Center will help to support her. It is notable that there have been no complaints from patients, and no direct concerns raised about the quality of care she has provided. Her treating doctors do not have concerns about her ability to practice medicine or participate in the residency program. Despite this being her 4th residency program it is noted that she did not receive negative references from her prior training programs. Since her engagement with ADI she has shown growing insight into her condition and current predicament.

Disclosure of an autism diagnosis can be beneficial in certain circumstances but it is not without risks. The effects of disclosure rest more on the characteristics of the recipients than the person disclosing. It is unfortunate that in Dr Pak's case disclosure seems to have caused more difficulties rather than brought benefits. However, research shows that disclosure of an autism diagnosis can aid acceptance by colleagues, and that autism training is effective in reducing stigma and bias towards autistic colleagues.

Both in my capacity as a representative of ADI and AMS and as an autistic doctor, I sincerely hope that Dr Pak would be afforded the opportunity to continue her residency and reach her potential as a doctor, as I believe that with appropriate support she has the potential to thrive in her chosen specialty.

I am happy to provide any further information which may be of benefit, including direct discussions with stakeholders if required. I am keen to assist both Dr Pak and Albany Medical Center in handling this matter fairly, sensitively and appropriately.

Yours Sincerely



Dr Mary Doherty
*Autistic Doctors International & Autistic Med Students*

References: Autism in Medical Education and Training


- Shaw SCK, **Doherty M**, McCowan S, Davidson I. Challenging the exclusion of autistic medical students. 2022. The Lancet Psychiatry. 2022;9(4):e18.
- McCowan S, Shaw SCK, **Doherty M**, Grosjean B, Blank P, Kinnear M. A full CIRCLE: encompassing autistic doctors in the Royal College of Psychiatrists' values and equality action plan. 2022. British Journal of Psychiatry. Online ahead of Print. DOI: https://doi.org/10.1192/bjp.2022.14
- Shaw SCK, Grosjean B, McCowan S, Kinnear M, **Doherty M**. Autistic role modelling in medical education. Education for Primary Care. 2021. DOI: 10.1080/14739879.2021.1996277
- Shaw SCK, McCowan S, **Doherty M**, Grosjean B, Kinnear M. The neurodiversity concept viewed through an autistic lens. Lancet Psychiatry. 2021;8(8):654-5.
- McCowan S, Shaw SCK, **Doherty M**, Grosjean B, Blank P, Kinnear M. Vive la difference! Celebrating and supporting autistic psychiatrists with Autistic Doctors International. BJPsych Open. 2021;7(S1):S40.
- **Doherty M**, Johnson M, Buckley C. Supporting autistic doctors in primary care: challenging the myths and misconceptions. British Journal of General Practice. 2021;71(708):294-5.
- **Doherty M**. Neurodiversity in practice: Autistic anaesthetists can be an asset. London, UK: Association of Anaesthetics, 2020 https://Anaesthesia-News/Neurodiversity-in-practice-autistic-anaesthetists-can-be-an-asset


References: Autism and Healthcare


- **Doherty M**, Neilson S, O'Sullivan J, et al. Barriers to healthcare and self-reported adverse outcomes for autistic adults: a cross- sectional study. BMJ Open 2022;**0**:e056904. doi:10.1136/ bmjopen-2021-056904. In press.
- Shaw SCK, Davis L, **Doherty M**. Considering autistic patients in the era of telemedicine: the need for an adaptable, equitable and compassionate approach. British Journal of General Practice Open. 2022. DOI: 10.3399/BJGPO.2021.0174
- **Doherty M**, Haydon C, Davidson I. Recognising autism in healthcare. British Journal of Hospital Medicine. 2021;82(12):1-7.
- Haydon C, **Doherty M**, Davidson I. Autism: making reasonable adjustments in healthcare. British Journal of Hospital Medicine. 2021;82(12):1-11.
- Oakley B, Tillmann J, Ruigrok A, Baranger A, Takow C, Charman T, Jones E, Cusack J, **Doherty M**, Violland P, Wroczynska A, Simonoff E, Buitelaar JK, Gallagher L, Murphy DGM. COVID-19 health and social care access for autistic people: European policy review. British Medical Journal Open. 2021;11(6):e045341.
- **Doherty M**, Buckley C, Johnson M, Berney T, Davidson I. Autism in general practice. Australian Journal of General Practice. 2021;50(6):343.


Book chapters:


- **Doherty M**, Berney T. Autism. In: Intellectual disabilities: towards inclusion (7th ed). Crickmore/Atherton. Elsevier 2022.

- **Doherty M**. Autistic doctors. In: Gerada C. Beneath the white coats: doctors, their minds and mental health. Routledge, 2020.
- **Doherty M,** Haydon, C, Davidson I, Autism. In: Seminars in General Adult Psychiatry (3rd ed). Cambridge University Press. In press.
- Shaw S, **Doherty M.** Neurodiversity. In: Life as a Doctor. Eds Cormac I, Jane Marshall J and Ramsay R. In preparation.


Invited Blog Posts

https://www.bma.org.uk/news-and-opinion/recognising-human-variation
https://www.rcplondon.ac.uk/news/doctor-can-autistic-doctor

Further reading


Royal College of Psychiatrists. The psychiatric management of autism in adults. CR228. 2020. https://www.rcpsych.ac.uk/improving-care/campaigning-for-better-mental-health-policy/college-reports/2020-college-reports/cr228

Medical Schools Council Equality, Diversity and Inclusion Alliance. 2021 Active Inclusion: Challenging exclusions in medical education

General Medical Council. Welcomed and valued: Supporting disabled learners in medical education and training, 2020. https://www.gmc-uk.org/-/media/documents/welcomed-and-valued-2021-english_pdf-86053468.pdf

The BMA. Disability in the medical profession: Survey findings. 2020. https://www.bma.org.uk/advice-and-support/equality-and-diversity-guidance/disability-equality-in-medicine/disability-in-the-medical-profession

# EXHIBIT B

[redacted] [redacted]

[redacted]

**From:** Mary Doherty <drmdoherty@gmail.com>
**Subject: Re: Dr Stella Pak**
**Date:** 20 September 2022 at 16:01:33 GMT+1
**To:** Boulosa@amc.edu
**Cc:** Laura Carravallah <carraval@msu.edu>

Dear Dr Boulos,

I write to you as founder of Autistic Doctors International. You may be aware that we are a peer support organisation and your resident Dr Stella Pak is one of our members.

As we all attempt to support Stella in the most beneficial way possible, I wonder if a conversation between us would be helpful at this point?

If you would be open to this I would like to set up a zoom call including Dr Laura Carravallah, who is our US Lead & has been supporting Stella most closely. Dr Carravallah is on Faculty at Michigan State University-College of Human Medicine and is also a former Residency director.

Best wishes,
Mary

*Dr Mary Doherty*
*MB BCh FCARCSI*
*Founder of "Autistic Doctors International" & "Autistic Med Students"*
*Honorary Clinical Research Fellow, Brighton & Sussex Medical School, UK*
*Consultant Anaesthetist, Our Lady's Hospital, Navan, Co Meath, Ireland*
*https://linktr.ee/autisticdoctors*
*https://autisticdoctorsinternational.com*

# EXHIBIT C

[redacted]

[redacted]

**From:** "Varelas, Panayiotis" <varelap@amc.edu>
**Subject: RE: Dr Stella Pak**
**Date:** 23 October 2022 at 04:05:58 GMT+1
**To:** Mary Doherty <drmdoherty@gmail.com>

Dear Dr Doherty,

All your inquiries should be addressed to the GME Office or the Program Director.
Best,

Panayiotis

Sent from Mail for Windows

---

**From:** Mary Doherty
**Sent:** Wednesday, October 19, 2022 9:20 AM
**To:** Varelas, Panayiotis
**Cc:** Riddle, Catherine; Davis, Jeffrey
**Subject:** Dr Stella Pak

**STOP! THINK!** External Email!

Dear Dr Varelap,

I write to you as founder of Autistic Doctors International. You may be aware that we are a peer support organisation and your resident Dr Stella Pak is one of our members.

As we all attempt to support Stella in the most beneficial way possible, I wonder if a conversation between us would be helpful at this point?

If you would be open to this I would like to set up a zoom call including Dr Laura Carravallah, who is our US Lead & has been supporting Stella most closely. Dr Carravallah is on Faculty at Michigan State University-College of Human Medicine and is also a former Residency director.

Best wishes,

*Dr Mary Doherty*
*MB BCh FCARCSI*
*Founder of "Autistic Doctors International" & "Autistic Med Students"*
*Honorary Clinical Research Fellow, Brighton & Sussex Medical School, UK*
*Consultant Anaesthetist, Our Lady's Hospital, Navan, Co Meath, Ireland*
*https://linktr.ee/autisticdoctors*
*https://autisticdoctorsinternational.com*

---------------------------------------- CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential information that is protected by law and is for the sole use of the individuals or entities to which it is addressed. If you are not the intended recipient, please notify the sender by replying to this email and destroying all copies of the communication and attachments. Further use, disclosure, copying, distribution of, or reliance upon the contents of this email and attachments is strictly prohibited. To contact Albany Medical Center, or for a copy of our privacy practices, please visit us on the Internet at www.amc.edu.