UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

STELLA PAK, M.D.,

Plaintiff,

Civil Action No.:
1:23-cv-00378-DNH-DJS

-against-

ALBANY MED HEALTH SYSTEM,

Defendant.
-------------------------------------------------------------------X

**DECLARATION OF DAVID MORRELL**

1. I am an experienced Human Resources ("HR") professional with more than 25 years of experience working in the HR field.

2. From February until October 2022, I served as the Director of Benefits at Albany Med Health System ("Albany Med"). In that role, I oversaw Albany Med's benefit department and all benefit-related and wellness functions.

3. I first met Dr. Pak on May 1, 2022, when responding to an emergency weekend counseling request through the hospital's Support Our Staff ("SOS") committee. Dr. Pak was in distress and reached out to the committee for counseling related to her termination and employment issues within the Neurology Residency Program.

4. Dr. Pak was referred to me by Reverend Joseph Mali ("Rev. Mali"), a chaplain and Director of Spiritual Care at Albany Med, and chair of the SOS committee. Rev. Mali met Dr. Pak through her clinical work; when patients or their families requested spiritual service, Rev. Mali would speak with the patient and family members.

5. Dr. Pak explained to me that she has autism spectrum disorder ("ASD") and that, prior to her April 2022 termination, she had been subjected to a range of hostilities by her co-residents and program directors at Albany Med based on her disability, including the following:

a. She had been attending video appointments with her therapist but was told that she could not leave the hospital to do this privately and was forced to conduct her appointments from the nurses' station. Neither she nor therapist were comfortable with this due to lack of privacy.

b. After being advised to divulge her ASD diagnosis to her co-workers in an attempt to gain their support, she told me that she was bullied by certain staff, she was falsely accused of theft, and the Program Director asked her to find another program.

c. She reached out many times for help, including through SOS and her chain of command, but received little support.

6. After speaking with Dr. Pak, I was very concerned that certain people at Albany Med may have engaged in disability discrimination.

7. I contacted Sandra Castilla, Vice President of Human Resources at Albany Med, and my supervisor at the time. In addition to conveying my concerns regarding potential disability discrimination against Dr. Pak, I also suggested that an autism awareness training be conducted for the neurology department. I thought this would be a good way for the neurology department to demonstrate its commitment to working with people with autism. Ms. Castilla did not respond to my suggestion, even after repeated follow-ups.

8. Additionally, in June, 2022, I was contacted by Dr. Angela Antonikowski, Chief Diversity Officer, and Dr. Alan Vera, one of the Chief Residents in the neurology residency

program at the time, who requested that Albany Med's HR Department provide the neurology residents with help in improving awareness, understanding, and support for colleagues with disabilities.

9. In June and July, 2022, I made several efforts to coordinate the requested training and had identified several organizations willing to conduct this training at no cost to the hospital. Dr. Panayiotis Varelas, the Chair of the Neurology Department, was supportive of such a training, but the Neurology Department ultimately declined the training.

10. I declare under penalty of perjury that the foregoing is true and correct.

DATED: Loudonville, NY
June 30, 2023

DAVID MORRELL