UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

STELLA PAK, M.D.,
Plaintiff,

Civil Action No.:
1:23-cv-00378-DNH-DJS

-against-

ALBANY MED HEALTH SYSTEM,

Defendant.
------------------------------------------------------------------X

**DECLARATION OF DAVID CAUDEL, PH.D.**

1. I serve as associate director of the Frist Center for Autism and Innovation at Vanderbilt University's School of Engineering.

2. The Frist Center for Autism and Innovation brings engineers, business scholars, and disabilities researchers together with experts in neuroscience and education to understand, maximize, and promote neurodiverse talent.

3. Research shows that more than 80 percent of autistic adults, including those with bachelor's or graduate degrees, are unemployed or underemployed.

4. Many employers do not understand autism spectrum disorder ("ASD") and they misattribute or misinterpret ASD symptoms. I believe that if more employers understood what ASD is, how it expresses in the workplace, and how to effectively communicate with autistic people, autistic employees would have much better workplace outcomes.

5. Increasing an employer's awareness of ASD, its manifestations, and how to communicate with autistic employees can fundamentally alter an employee's experience in the workplace.

6. As part of my work for the Frist Center, I conduct trainings for employers and managers on topics such as neurodiversity and neurodivergence, challenges in the workplace, and how to help create a more inclusive work environment.

7. I have provided trainings for all types of organizations, from large publicly traded companies to academic institutions and universities.

8. In addition to trainings, I also sometimes speak one-on-one with an autistic employee's supervisor or someone in the Human Resources department. I usually offer tips and advice on how to manage austistic employees. In my experience, having a conversation with Human Resources or an autistic employee's supervisor about effective two-way communication can go a long way toward improving an autistic employee's workplace experience.

9. Dr. Stella Pak first contacted me in October 2022. The workplace communication challenges that Dr. Pak was facing with her employer at Albany Med Health System ("Albany Med") are quite common among people with ASD. Fortunately, my training directly addresses these challenges.

10. I told Dr. Pak that I would be happy to conduct a training at Albany Med or to simply have a one-on-one conversation with an administrator, manager, or someone in the Department of Human Resources at Albany Med.

11. On October 26, 2022, Dr. Pak sent an email to Dr. Joel Bartfield, Associate Dean for Graduate Medical Education at Albany Med, introducing me and offering my services. I was copied on the email. Dr. Bartfield did not respond.

12. On October 31, 2022, the Program Manager for the Frist Center, Colette Rybinski, followed up with Dr. Bartfield. Again, Dr. Bartfield did not respond. These two October 2022 emails are attached to this declaration as **Exhibit A**.

13. I declare under penalty of perjury that the foregoing is true and correct.

Dated: Nashville, TN

June __9__, 2023

______________________________

DAVID CAUDEL

# EXHIBIT A

[redacted]

---

**From:** Rybinski, Colette C <colette.rybinski@vanderbilt.edu>
**Sent:** Monday, October 31, 2022 4:46 PM
**To:** BartfiJ@amc.edu <BartfiJ@amc.edu>
**Cc:** caudeldd ForwardingContact <davecaudel@gmail.com>; Stella Pak <Stellacpak@outlook.com>
**Subject:** RE: First Center for Autism and Innovation

Dr. Bartfield,

I would be glad to schedule a one hour Zoom meeting for you to meet with our Associate Director, Dave Caudel. If you would like to work with me on dates/times, please let me know and, if you would, let me know what time zone you are in.

Glad to help in any way that works best for you!

Colette Rybinski
Program Manager
Frist Center for Autism & Innovation
2414 Highland Ave., Suite 115
Nashville, TN  37212
Phone: 615-343-9535

---

**From:** Stella Pak <Stellacpak@outlook.com>
**Sent:** Wednesday, October 26, 2022 3:16 PM
**To:** BartfiJ@amc.edu
**Cc:** caudeldd ForwardingContact <davecaudel@gmail.com>; Rybinski, Colette C <colette.rybinski@vanderbilt.edu>
**Subject:** First Center for Autism and Innovation

Dear Dr Bartfield-

Dr. Caudel is an expert in autism for adult population. He is associate director for First Center for Autism and Innovation at Vanderbilt University. Dr. Caudel offered to speak to you about how individuals with autism could be misunderstood at work environment and what can be done to resolve the problem. Ms. Colette is his associate who can help with the scheduling process. I would very appreciate any help, guidance, and support.

Respectfully,

Stella-