UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

STELLA PAK, M.D.,

Plaintiff,

-against-

ALBANY MED HEALTH SYSTEM,

Defendant.

-------------------------------------------------------------------X

Civil Action No.:
1:23-cv-00378-DNH-DJS

[PROPOSED]

**ORDER GRANTING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Pending before this Court is the Plaintiff's Motion for a Preliminary Injunction. The Court **GRANTS** the motion and **ORDERS** Defendant to reinstate Plaintiff into the Albany Med Neurology Residency Program, effectively immediately.

**SO ORDERED**, this ____ day of July, 2023.

_______________________________
Honorable David N. Hurd
UNITED STATES DISTRICT JUDGE