UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
STELLA PAK, M.D.,
Plaintiff,

-against-

Case No. 1:23-cv-378
(DNH/DJS)

ALBANY MED HEALTH SYSTEM
Defendant.
--------------------------------------------------------------------------X

**DECLARATION OF AMY E. ROBINSON**

Amy E. Robinson hereby declares as follows:

1. I am a Partner with the law firm Giskan Solotaroff & Anderson LLP, counsel for Plaintiff Stella Pak, M.D., in this action. I am fully familiar with the facts and circumstances set forth herein and make this declaration to put before the Court certain documents and facts that are relevant to the Defendant's motion for summary judgment.

2. Attached hereto as exhibits are excerpts of true and correct copies of transcripts of depositions taken in this case and documents produced during discovery that are referred to in Plaintiff's opposition papers, along with a list of the exhibits.

I declare under penalty of perjury that the foregoing is true and correct.

**Robinson Declaration Exhibits:**

| Exhibit | Bates number | Description |
|---|---|---|
| 1 | N/A | Excerpts from the Deposition of Stella Pak |
| 2 | N/A | Declaration of Stella Pak in Support of Plaintiff's Motion for a Preliminary Injunction |
| 3 | PAK000001-PAK000008 | Plaintiff's Resume |
| 4 | N/A | Excerpts from the Deposition of Colum Amory |

| | | |
|---|---|---|
| 5 | N/A | Excerpts from the Deposition of Kimberly Robeson-Gewuerz |
| 6 | AM_00000763-AM_00000764 | Emails Between Richard Jackson, Colum Amory, and Kimberly Robeson-Gewuerz, 3/21/22 |
| 7 | AM_00000278-AM_00000321 | New Innovations Evaluation Forms Completed for Plaintiff, 2021-2022 |
| 8 | PAK000564 | Email from Amory to Pak, 1/10/22 |
| 9 | AM_00000210 | Notes on Plaintiff's Performance |
| 10 | AM_00002954-AM_00002956 | Signed Notice of Remediation, 1/21/22 |
| 11 | AM_00001683-AM_00001684 | Emails between Plaintiff and Angela Antonikowski, 2/4/22 |
| 12 | N/A | Excerpts from the Deposition of Catherine Riddle |
| 13 | AM_00001503-AM_00001506 | Antonikowski Emails with Program, 5/5/2022 |
| 14 | AM_00000458-AM_00000463 | Independent Medical Examination Report by Abigail J. Herron, 4/1/22 |
| 15 | AM_00003498-AM_00003499 | Herron Report Attached to Email from Plaintiff to Amory, 5/6/222 |
| 16 | AM_00002067-AM_00002069 | Emails with Attached Letter from Behnoosh Nadealizadeh, 5/10/22 |
| 17 | AM_00000070 | Letter from Amory to Plaintiff, 4/28/22 |
| 18 | AM_00004109-AM_00004110 | Email from Richard Jackson, 3/21/22 |
| 19 | AM_00000500 | Emails between Amory and Robeson, 4/28/22 |
| 20 | AM_00001681-AM_00001682 | Emails between Plaintiff and Melissa Doyle, 5/30/22 |
| 21 | AM_00005050 | Text Exchange, 2/28/22 |
| 22 | AM_00005057 | Group Text Exchange, 3/15/22 |
| 23 | AM_00005062 | Text Exchange, 3/24/22 |
| 24 | AM_00005063 | Group Text Exchange, 4/11/22 |
| 25 | AM_00005065 | Group Text Exchange, 5/24/22 |
| 26 | AM_00001922 | Emails between Wyant, Robeson, and Amory, 4/22/22 |

| | | |
|---|---|---|
| 27 | N/A | Excerpts from the Deposition of Michelle Unser |
| 28 | AM_00002096-AM_00002097 | Email from Amory, 4/26/22 |
| 29 | N/A | Expert Report of Lauren Koffman, DO, MS |
| 30 | AM_00000782 | Emails between Plaintiff, Robeson, and Amory, 5/13/22 |
| 31 | AM_00001525-AM_00001527 | Emails between Plaintiff and Antonikowski, 5/11/22 |
| 32 | N/A | Declaration of David Morrell in Support of Motion for Preliminary Injunction |
| 33 | AM_00002057-AM_00002058 | Email from Amory to Plaintiff, Forwarded to Andrew Coates, 5/25/22 |
| 34 | AM_00003130 | Emails between Amory, Riddle, and Bartfield, 6/1/22 |
| 35 | AM_00003979-AM_00003981 | Email from Brett Friedler with Attached Letter to GME, 6/8/22 |
| 36 | AM_00001543 | Email from Plaintiff to Winseman and Nadealizadeh, 9/16/22 |
| 37 | AM_00001548 | Email from Plaintiff to Riddle, 10/18/22 |
| 38 | AM_00003513-AM_00003514 | Emails between Unser and Program, 6/7/22 |
| 39 | AM_00003567-AM_00003582 | Emails between Unser and Program, 6/3/22 |
| 40 | AM_00005067 | Text Exchange, 6/9/22 |
| 41 | AM_00000546-AM_00000548 | Email from Amory to Robeson and Unser with Attached Meeting Notes, 7/26/22 |
| 42 | AM_00003101 | Email from Kathryn Vandenburgh to Amory and Robeson, 6/30/22 |
| 43 | AM_00000609-AM_00000616 | Email from Plaintiff with Attached Meeting Notes, 11/2/22 |
| 44 | AM_00003421-AM_00003423 | Emails between Pak, Antonikowski, and Morrell, 5/24/22 |
| 45 | AM_00003107-AM_00003111 | Emails between Plaintiff and Program with Attached Remediation Plan |
| 46 | AM_00003586 | Emails between Robeson, Plaintiff, Spanaki, 7/1/22 |
| 47 | AM_00001473 | Emails between Spanaki and Robeson, 7/15/22 |
| 48 | AM_00001481 | Email from Plaintiff to Robeson, 8/1122 |
| 49 | AM_00003805 | Emails between Plaintiff and Robeson, 8/11/22 |

| | | |
|---|---|---|
| 50 | AM_00003478-AM_00003484 | Email from Mary Doherty to Dennis McKenna, 5/24/22 |
| 51 | N/A | Declaration of Mary Doherty in Support of Motion for Preliminary Injunction |
| 52 | AM_00003469-AM_00003475 | Emails between Doherty, McKenna, Bartfield, 5/24/22 |
| 53 | PAK000570-PAK000575 | Email from Amory to Plaintiff with Attached Feedback, 8/30/22 |
| 54 | PAK000757-PAK000758 | Emails between Plaintiff and Octavian Adam, 9/22/22 |
| 55 | AM_00000622 | Email from Jackson to Amory and Varelas, 10/1/22 |
| 56 | AM_00001842-AM_00001844 | Email from Amory to Robeson with Writeup, 10/11/22 |
| 57 | AM_00002216-AM_00002232 | Email from Plaintiff to Bartfield with Attached Evidence, 10/24/22 |
| 58 | AM_00001724-AM_00001725 | Emails between Plaintiff and Riddle, 11/1/22 |
| 59 | AM_00001720-AM_00001722 | Emails between Plaintiff, Bartfield, Riddle, 11/1/22 |
| 60 | AM_0003281-AM_00003283 | Emails between Plaintiff, Amory, Robeson, 6/1/22 |
| 61 | AM_00001703-AM_00001713 | Email from Ellen Cosgrove to Riddle with Attachments, 12/2/22 |
| 62 | AM_00001997-AM_00002010 | Email from Plaintiff to Alan Boulos, 11/4/22 |
| 63 | AM_00001568-AM_00001577 | Email from Plaintiff to Bartfield, Riddle, 10/24/22 |
| 64 | PAK000606-PAK000607 | Notes from CCC Meeting, 10/13/22 |
| 65 | AM_00002324 | Email from Robeson to Program, 10/21/22 |
| 66 | AM_00002207-AM_00002208 | Email from Riddle to Plaintiff with Attached Ad Hoc Decision, 11/21/22 |
| 67 | AM_00002356-AM_00002357 | Email from Cosgrove to Amory and Robeson with Attached Letter, 12/9/2 |
| 68 | AM_00000822-AM_00000929 | Albany Med House Staff Handbook |
| 69 | AM_00002345-AM_00002348 | Email from Robeson with Attached Draft, 10/28/22 |
| 70 | N/A | Plaintiff’s Responses to Defendant’s Interrogatories |
| 71 | AM_00001565-AM_00001567 | Emails between Plaintiff and Davis 11/1/22 |
| 72 | N/A | Excerpts from the Deposition of Panagiotis Varelas |

| | | |
|---|---|---|
| 73 | AM_00001802-AM_00001803 | Emails between Jason Clum, Amory, Robeson, 4/5/22 |
| 74 | AM_00002117-AM_00002118 | Emails between Nathalie Guilbault and Bartfield, 5/11/22 |
| 75 | AM_00003913-AM_00003915 | Emails between James Wyant, Rachna Khanna, Alaina Qayyum, Plaintiff, 4/22/22 |
| 76 | GH_0045-GH_0048 | BEE Award Nominations, Garnet Health |
| 77 | AM_00004841-4843 | 360 Peer Evaluation, Desert Regional Medical Center |

Dated: January 20, 2026

/s/ *Amy E. Robinson*
Amy E. Robinson